Case 1:18-cv-01740-UNA Document 1 Filed 07/18/18 Page 1 of 2

Case: 1:18-cv-01740
Assigned To : Unassigned
Assign. Date : 07/18/2018
Description: Pro Se Gen. Civ. (F-DECK)

RECEIVED
Mail Room
L 18 2018
Caesar, Clerk of Court
Court, District of Columbia

[illegible handwritten notes in top margin]

United States District Court
333 Constitutional Avenue
North West Washington DC
20001 USA

Plaintiff:
Nancy Szynkowska P.D.
Born: 1 of July 1973

Complaint against:
Google gmail USA
represented by office USA
1225 Massachusetts Avenue
Suite 900 Washington DC

Complaint:

Acting on my behalf as the plaintiff in this complaint to the United States District Court in Washington DC against google usa gmail.com I submit to Court this case. Being the owner of my works stored at my mail box content at the gmail.com usa during the time I have been being a temporarily arrested woman I submitted to Court in Stock, Poland, to my defence the quest to forward the application to google.com to deliver my email boxes content along with the contacts, incoming and outcoming post, and drafts, to the case, as the evidence of my innocence to the case to which I am kept imprisoned since the 14th November 2011. In response the google gmail.com usa provided to the Court the official statement, delivered to me, in which it had been placed, that even though the content of my mail boxes post is in the possession of this operator, yet there was no release agreement at the time, in 2016. This is the breach of law, my rights and an open act of violation of the judicial procedures in a democratic country. I submit to Court this complaint asking to release the google gmail

silicons (annual law to be provided directly to the Court and to the prosecution office proceeding in the cases, in which the content and contacts of my mail boxes is the data being the evidence of my innocence: VIII K 1625/13 Court in Poznan, Sąd Rejonowy Poznań - Stare Miasto w Poznaniu, VIII Wydział Karny, ul. Młyńska 1a, 61-729 Poznań, and the prosecution office: Prokuratura Generalna Departament Współpracy Międzynarodowej, ul. Chocimska 28, 02-528 Warsaw; V DS 821/16/S, the document in the case as of 17.06.2015 attached to this complaint. The violation to deliver my content of the mail post boxes to Court (XVIII K 209/12) and to the prosecution have the consequences in the scientific aspect of my work, as I am the owner of the innovation, IP Rights Office USA the first application in 2008: nr 204685934 dr Maria Sikurska my work and: P-344281, since 1.XII.2000 and P.421896 8.VI.2017 Polish Patent Office in Warsaw; and in my cases, and my school of languages. I am the sole author of the innovation "Means of teaching foreign languages, especially to adult language learners" as in the patent office proceedings as listed in my complaint to Court. The media and contacts are being stored at the server in the USA.

Thank you

With Respect,
Maria Sikurska Ph.D.

Attachments:
1) Application to proceed without prepaying fees or costs SDNY Rev: 5/5/2015
2) AO240 (Rev. 07/10) Application to proceed in District Court without prepaying fees or costs (short form)
3) AO 239 (Rev. 01/15) Application to proceed in District Court without prepaying fees or costs (long form)
4) OF 453 459 - 2018 EST as of 5th of July 2018 temporarily arrested and in transit document as received by the District Court in the USA 18 pages